No. —, original. Ex parte Emmet H. Bozel;
No. —, original. Ex parte Elmer Davis;
No. —, original. Ex parte Charles Erickson; and
No. —, original. Ex parte Frank Roberson. April 19, 1943. The motions for leave to file petitions for writs of habeas corpus are denied.

No. —, original. Ex parte Thomas B. Mulrennan. April 19, 1943. The motion for leave to file petition for writ of habeas corpus is denied without prejudice to an application to the District Court.

No. —. Daniels v. Alabama; and
No. —. Robinson v. Alabama. April 19, 1943. The applications for stay of execution are granted and it is ordered that execution of the sentence of death in each of these cases be stayed until further order of this Court.

No. 396. Pedersen v. J. F. Fitzgerald Construction Co. See *ante*, p. 740.